IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. ROGERS,<br>                    Plaintiff<br><br>    vs.<br><br>R.J., Correctional Officer for SCI Western<br>Penitentiary M.H.U. Block; SMITT,<br>Correctional Officer for SCI Western<br>Penitentiary; TERRI, Correctional Officer<br>for SCI Western Penitentiary 2003 up to<br>2005; NURSE BILL; NURSE JOE; TROY,<br>Mental Health Teck Charter for SCI<br>Western Penitentiary; ANDRE, Mental<br>Health Teck Charter for SCI Western<br>Penitentiary; JB, Mental Health Tech<br>Charter; MENTAL HEALTH TECK<br>TRACI; JASON, Mental Health Teck<br>Charter; INMATE WORKE, also known as<br>NEANO,<br>                    Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 08-67<br>) Judge Gary L. Lancaster/<br>) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, this 7th day of March, 2008, after the Plaintiff, James H. Rogers,

filed an action in the above-captioned case, and after a Report and Recommendation was filed

by the United States Magistrate Judge giving the parties until February 14, 2008 to file written

objections thereto, and no objections having been filed, and upon independent review of the

record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is

adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this action is dismissed before service, pursuant

to the authority granted courts by the Prison Litigation Reform Act (PLRA), for failure to state a

claim upon which relief can be granted and as frivolous.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        James H. Rogers
        FE-9381
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370